# ***UNITED STATES DISTRICT COURT CRIMINAL MINUTES ***

Date:  3/3/2026                Judge:  **LEONIE M. BRINKEMA**              Reporter:  S. Austin

Time: 8:58 to 9:10 (00:12)                                   Courtroom Deputy: K. Galluzzo

                                                             Interpreter: Teresa Roman

### UNITED STATES OF AMERICA
                         V

**Jorge Steve Zepeda Irias**
**Jenifer Icela Romero Fabian**
**Juan Francisco Enriquez Cerritos, Sr.**
**Jorge Manuel Romero**
**Oscar Raquel Cuellar Macua**
**Evelyn Esmeralda Villatoro**
**Oscar Vladimir Padilla Portillo**          1:26cr00035
Defendant's Name                             Case Number

Andrew Stewart, Paul Mickelson, Daniel
Goldman, Mark Petrovich, Jerome
Aquino, Gregory Stambaugh, Charles
Duross                                       Nicholas Patterson, Nicholas Bolzman
Counsel for Defendant                        Counsel for Government

Matter called for:
( ) Motions                  ( ) Setting Trial Date      ( ) Change of Plea Hrg.      ( ) Rule 35
(X) Arraignment              ( ) Appeal from USMC        ( ) Sentencing               ( ) Rule 20 & Plea
( ) Revocation – Supervised Release Hearing    ( ) Pre-Indictment Plea     ( ) Other:

Defendant appeared:          (X) in person               ( ) failed to appear
                             (X) with Counsel            ( ) without counsel          ( ) through counsel

Filed in open court:
( ) Criminal Information   ( ) Plea Agreement   ( ) Statement of Facts   ( ) Waiver of Indictment   ( ) Discovery Order

- All counsel reviewed indictment with defts, WFA, PNG, and demanded a trial by jury
- Court deems case COMPLEX – Deft Romero does not waive right to speedy trial
- Jury Trial as to Romeo set for April 27, 2026 at 10:00 AM (approx. 4 days). 3 weeks to file motions; 2 weeks to respond
- Jury Trial as to all other defts set for August 24, 2026 at 10:00 AM (approx. 2 weeks). 30 days to file motions; 30 days to respond.
- All defendants remanded except Villatoro continued on bond.