IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

JORGE STEVE ZEPEDA IRIAS,

JENIFER ICELA ROMERO FABIAN,

JUAN FRANCISCO ENRIQUEZ CERRITOS, Sr.,

OSCAR RAQUEL CUELLAR MACUA,

EVELYN ESMERALDA VILLATORO,

and

OSCAR VLADIMIR PADILLA PORTILLO,

*Defendants*

Criminal No. 1:26-CR-35-LMB

## ORDER

Before the Court is a Joint Motion by the parties to Certify this Case as Complex Under the Speedy Trial Act. In accordance with 18 U.S.C. §§ 3161(h)(7), for the reasons set forth in the motion and for good cause shown, the Court hereby GRANTS the motion. Specifically, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) that the case is complex and that retained counsel for the defendants require reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court further finds that the ends of justice served in scheduling a trial beyond the seventy-day deadline established by the Speedy Trial Act outweigh the best interest of the public and the defendants in a speedy trial. Accordingly, it is hereby

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), any period of time exceeding 70 days between the filing of the indictment on February 18, 2026, and the date on which the trial is scheduled (pending the arraignment on March 3, 2026) shall be excluded in computing the time required by the Speedy Trial Act.

/s/

Leonic M. Brinkema
United States District Judge

Date: March 3, 2026
Alexandria, Virginia

2