### ***UNITED STATES DISTRICT COURT CRIMINAL MINUTES ***

Date:  3/31/2026                    Judge:  **LEONIE M. BRINKEMA**              Reporter:  S. Austin

Time: 8:59 to 9:12 (00:13)                                    Courtroom Deputy: K. Galluzzo
                                                             Interpreter: Teresa Roman

**UNITED STATES OF AMERICA**
                    V

| | |
|---|---|
| **Jorge Steve Zepeda Irias** | |
| **Jenifer Icela Romero Fabian** | |
| **Juan Francisco Enriquez Cerritos, Sr.** | |
| **Jorge Manuel Romero** | |
| **Oscar Raquel Cuellar Macua** | |
| **Evelyn Esmeralda Villatoro** | |
| **Oscar Vladimir Padilla Portillo** | |
| **Damon Darnell Gray** | 1:26cr00035 |
| Defendant's Name | Case Number |

Travis Tull, Daniel Goldman, Tom
Walsh (for Mark Petrovich), Jerome
Aquino, Gregory Stambaugh, Charles
Duross, Kyle Boynton, (Andrew Stewart
not present)                              Nicholas Patterson, Jose Ortiz
Counsel for Defendant                    Counsel for Government

Matter called for:
( ) Motions                ( ) Setting Trial Date      ( ) Change of Plea Hrg.      ( ) Rule 35
(X) Arraignment            ( ) Appeal from USMC        ( ) Sentencing               ( ) Rule 20 & Plea
( ) Revocation – Supervised Release Hearing            ( ) Pre-Indictment Plea      ( ) Other:

Defendant appeared:        (X) in person               ( ) failed to appear
                           (X) with Counsel            ( ) without counsel          ( ) through counsel

Filed in open court:
 ( ) Criminal Information    ( ) Plea Agreement    ( ) Statement of Facts    ( ) Waiver of Indictment    ( ) Discovery Order

- All counsel reviewed superseding indictment with defts, WFA, PNG, and demanded a trial by jury
    - Counsel Andrew Stewart for Jorge Steve Zepeda Irias was not present – Arraignment as to Zepeda Irias reset for 4/7/2026 at 9:00 AM
- Jury Trial as to Romeo and Gray set for June 1, 2026 at 10:00 AM (approx. 4 days)
- Jury Trial as to all other defts set for August 24, 2026 at 10:00 AM (approx. 2 weeks)
- Motions to be filed within 14 days; 14 days to file response
- Motions hearing set for May 1, 2026 at 1:00 PM
- All defendants remanded except Villatoro continued on bond.